# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

  V.              CASE NUMBER: 3:13cr252

Xayver Jervonte-Marqui Warner

  THIS MATTER is before the Court sua sponte.

  **NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport & produce the body of Defendant, Xayver Jervonte-Marqui Warner (USM# 28817-058), for a Re-sentencing hearing before the honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Charlotte not later than June 21 2016, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

  The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

  IT IS SO ORDERED.

Signed: May 6, 2016

Max O. Cogburn Jr
United States District Judge